# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lakeisha Juniel,<br><br>        Plaintiff<br><br>v.<br><br>Asledin Ejerso, et al.,<br><br>        Defendants | Case No. 2:25-cv-00008-CDS-DJA<br><br>**Order Directing Parties to Clarify** |

Plaintiffs Lakeisha Juniel and Sean Garcia and defendants Asal Cargo and Asledin Ejerso stipulate to consolidate this case with 3:25-cv-00085-ART-CSD. On June 24, 2025, the parties were ordered to clarify at what location the incident at issue in plaintiff Lakeisha Juniel's case took place. ECF No. 16. A month has passed, and the parties have not complied. The parties are therefore ordered to clarify at what location the incident at issue in plaintiff Lakeisha Juniel's case took place by August 1, 2025. Failure to do so may result in sanctions.

Dated: July 28, 2025

_____
Cristina D. Silva
United States District Judge