UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sean Garcia,<br>　　　　　　　　　Plaintiff,<br>　v.<br>ASLEDIN EJERSO; ASAL CARGO LLC; et al.,<br>　　　　　　　　　Defendants. | Case No. 3:25-cv-00085-ART-CSD<br><br>Reassignment Order |
| Lakeisha Juniel,<br>　　　　　　　　　Plaintiff,<br>　v.<br>ASLEDIN EJERSO; ASAL CARGO LLC; et al.,<br>　　　　　　　　　Defendants. | Case No. 2:25-cv-00008-CDS-DJA |

　　　The presiding district judges have reviewed the cases named in the caption and determined that they are related. The presiding judges have agreed that there is good cause to transfer the most recently filed case to one district judge under Local Rule 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

　　　It is therefore ordered that Case Number 2:25-cv-00008-CDS-DJA is reassigned to District Judge Anne R. Traum. The Clerk of Court is kindly directed to transfer and assign a case number for the unofficial Northern Division of the District of Nevada.

　　　DATED this 6th Day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE